| Information to identify the case: | |
|---|---|
| Debtor 1: Virgilio A Bueno <br> First Name  Middle Name  Last Name | Social Security number or ITIN: xxx−xx−1808 <br> EIN: _ _−_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court:  Eastern District of New York | Date case filed for chapter:  13    2/8/24 |
| Case number:  1−24−40595−nhl | |

# ORDER TO CLOSE AUTOMATICALLY DISMISSED CASE

The above−captioned case was automatically dismissed under § 521(i)(l).

**IT IS ORDERED THAT:**

Krista M Preuss (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 13 case of the above−named debtor(s) is closed.

s/ Nancy Hershey Lord
United States Bankruptcy Judge

Dated: May 22, 2024

**BLocldsmcs.jsp** [Order to Close Automatically Dismissed Case rev. 02/01/17]